**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose PARRA–TEJEDA, a.k.a. Jose Parra–Tejada, Defendant–Appellant.**

**No. 15–30134**

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2016 *

FILED June 20, 2016

Russell E. Smoot, Assistant U.S. Attorney, Aine Ahmed, Assistant U.S. Attorney, USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff-Appellee.

Federal Defenders, Esquire, John Stephen Roberts, Jr., FPDWA—Federal Public Defender's Office (Eastern WA & ID), Spokane, WA, for Defendant-Appellant.

Before: BEA, WATFORD, and FRIEDLAND, Circuit Judges.

## MEMORANDUM **

Jose Parra–Tejeda appeals from the district court's judgment and challenges the 33–month sentence imposed following his guilty-plea conviction for being an alien in the United States after deportation, in vio-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

lation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Parra–Tejeda contends that his sentence is substantively unreasonable in light of the mitigating factors and the 12–level enhancement he received under U.S.S.G. § 2L1.2(b)(1)(A). The district court did not abuse its discretion in imposing Parra–Tejeda's sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). The within-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Parra–Tejeda's criminal history and his failure to be deterred by a prior 33–month sentence for the same offense. *See Gall,* 552 U.S. at 51, 128 S.Ct. 586; *see also United States v. Ruiz–Chairez,* 493 F.3d 1089, 1091 (9th Cir. 2007) (rejecting empirical challenge to section 2L1.2(b)(1)(A)). Moreover, contrary to Parra–Tejeda's contention, the record reflects that the district court considered his arguments for a lower sentence. *See United States v. Carty,* 520 F.3d 984, 992 (9th Cir. 2008) (en banc).

**AFFIRMED.**